(March 26, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL DE LA ROSA, Appellant. [961 NYS2d 162]—Judgment, Supreme Court, New York County (Robert M. Stolz, J., at suppression hearing; Daniel P. FitzGerald, J., at plea; Charles Solomon, J., at sentencing), rendered September 22, 2009, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him to a term of nine months, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The court, which had the unique opportunity to see and hear the witnesses, credited testimony that the police made a lawful traffic stop, smelled marijuana through the car window, and saw cocaine in open view. Concur—Gonzalez, P.J., Sweeny, Renwick, Manzanet-Daniels and Román, JJ.